# United States Court of Appeals for the Federal Circuit

May 5, 2017

## ERRATA

Appeal Nos. 2016-1956, 2016-1957

**SYNOPSYS, INC.,**
*Appellant*

**v.**

**ATOPTECH, INC.,**
*Appellee*

Decided:  April 24, 2017
Non-Precedential Opinion

Please make the following changes:

On page 2, footnote 1, change "dependent claims 4, 8, 9, 12, 16, and 19–22" to "dependent claims 4, 5, 8, 9, 12, 16, 19–24, and 27."

On page 9, Conclusion, change "claims 1, 4, 8, 9, 12, 16, and 19–22" to "claims 1, 4, 5, 8, 9, 12, 16, 19–24, and 27."